IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

```
RHONDA FREEMAN,              )
                             )
         Plaintiff,          )      8:15CV393
                             )
    v.                       )
                             )
HARRISBURG SQUARE PROPERTIES )      ORDER
LIMITED PARTNERSHIP; THE     )
GOODMAN GROUP PROPERTIES, LLC,)
                             )
         Defendants.         )
_____)
```

This matter is before the Court on the joint stipulation of dismissal with prejudice (Filing No. 7). The Court finds the stipulation should be approved and adopted. Accordingly,

IT IS ORDERED that the stipulation of the parties is approved and adopted; this action is dismissed with prejudice, each party to bear its own attorney fees and costs.

DATED this 21st day of December, 2015.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court